March 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF E.L.M., A child

NO. 14-13-00970-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on July 25, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Manuel Morell.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.